USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

CHRISTOPHER O'ROURKE,

                      Plaintiff,

       -against-

MADISON WINE AND LIQUOR LLC.
and KWONG MAY, LLC,

                      Defendants.

-----------------------------------------------------------------X

**19-CV-6165 (PAE) (KHP)**

**ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    A telephonic Status Conference in this matter is hereby scheduled for **Tuesday, September 8, 2020 at 12:30 p.m.**  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

        SO ORDERED.

DATED:      New York, New York
                August 4, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge